AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ Boston _____ DISTRICT OF _____ Massachusetts _____

UNITED STATES OF AMERICA

V.

Shirron Adams

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2005 M0428 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 18, 2005__ in _____ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) threaten to assault and murder United States District Judge Reginald C. Lindsay with intent to impede, intimidate, interfere with and retaliate against United States District Judge Reginald C. Lindsay while he was engaged in his official duties,

in violation of Title __18__ United States Code, Section(s) __115__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following
Official Title

facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-18-2005 at 6:22 pm       at       Boston, Massachusetts
Date                                          City and State

Robert B. Collings           HON. ROBERT B. COLLINGS
Magistrate Judge             UNITED STATES MAGISTRATE JUDGE           _____
Name & Title of Judicial Officer   United States District Court         Signature of Judicial Officer
                             John Joseph Moakley United States Courthouse
This form was electronically produced by Elite Federal Forms, Inc.
                             1 Courthouse Way, Suite 6420
                             Boston, Massachusetts 02210

**AFFIDAVIT**

I, David C. Johnson, being duly sworn, hereby depose and state as follows:

1. I am Special Agent of the Federal Bureau of Investigation and have been so employed for three years. As part of my official duties I am assigned to investigate threats made against federal officials, including judges of the United States.

2. On March 18, 2005, I responded to the United States Courthouse for the District of Massachusetts and learned the information contained in this affidavit both from United States Deputy Marshals and from interviews with court personnel.

3. On or about February 14, 2005, an individual named SHIRRON ADAMS filed a civil action in United States District Court for the District of Massachusetts and sought the appointment of counsel. The case, styled "Shirron Adams v. Washington, D.C. White House," was assigned the docket number 05-10399-RCL, which meant that it was assigned to United States District Judge Reginald C. Lindsay.

4. In the ensuing weeks from the filing of the complaint, SHIRRON ADAMS made multiple telephone calls to court personnel complaining in a harassing manner about the lack of progress in her case.

5. On March 18, 2005, a telephone call left on the voice mail of the *pro se* clerk was forwarded to other court personnel. In that call, SHIRRON ADAMS complained angrily about the status of

her case, saying that she could "snap" and "get a gun" and "somebody could get hurt" if the case did not get filed as soon as possible. It is not clear in that call to whom she is referring.

6. On March 18, 2005, SHIRRON ADAMS called again and was connected to a member of Judge Lindsay's staff. I have interviewed that staff member who related that SHIRRON ADAMS, who knew that Judge Lindsay was assigned to her case, said, among other things, in escalating degrees of anger, the following:

a. She had no problem in state court in getting an attorney appointed without a fee;

b. If she didn't get what she wanted, she would "fuck your asses up, get you all. . . you, the judge, all of you;"

c. "I will come down and kill all your motherfuckers"

Based on the foregoing, I believe there is probable cause to believe that SHIRRON ADAMS did threaten to assault and murder United States District Judge Reginald C. Lindsay with intent to impede, intimidate, interfere with and retaliate against Judge Lindsay while he was engaged in his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

DAVID C. JOHNSON
Special Agent, FBI

Subscribed and sworn before me this 18 day of March, 2005.

Robert B. Collings
United States Magistrate Judge

2

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

Place of Offense: Boston  Category No. II  Investigating Agency  FBI/ U.S. MARSHAL

City  Boston

County  Suffolk

Related Case Information:

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  x
Magistrate Judge Case Number  2005-0428-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  SHIRRON ADAMS  Juvenile  [ ] Yes  [X] No

Alias Name _____

Address  100 Green Street  Fall River, MA 02720

Birth date (Year only): 1974  SSN (last 4 #): 7655  Sex F  Race: BLACK  Nationality: _____

Defense Counsel if known: _____  Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA  S. THEODORE MERRITT  Bar Number if applicable _____

Interpreter:  [ ] Yes  [X] No  List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

[X] Warrant Requested  [ ] Regular Process  [ ] In Custody

## Location Status:

Arrest Date:  March 18, 2005

[x] Already in Federal Custody as  March 18, 2005  in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____  on _____

Charging Document:  [x] Complaint  [ ] Information  [ ] Indictment

Total # of Counts:  [ ] Petty  [ ] Misdemeanor  [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[ ]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/21/05  Signature of AUSA: _S.T. Merritt_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Shirron Adams

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 115 | Threats to Assault and Murder U.S. Judge | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**