AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Boston, Massachusetts

UNITED STATES OF AMERICA

V.

Shirron Adams

**WARRANT FOR ARREST**

CASE NUMBER: 2005 m 0428 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Shirron Adams _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
threatening to assault and murder United States District Judge Reginald C. Lindsay with intent to impede, intimidate, interfere with and retaliate against United States District Judge Reginald C. Lindsay while he was engaged in his official duties,

RECEIVED 2005 MAR 21 A 9:06 U.S. MARSHAL SERVICE BOSTON, MA

in violation of Title ___18___ United States Code, Section(s) _115_

Robert B. Collings
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

MAR 1 8 2005  Boston, Massachusetts
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210
Name of Judicial Officer

Bail fixed at $ _____ by _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY RBL
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/18/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.