UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05mj-00428-RBC

_____
                            )
UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
SHIRRON ADAMS               )
_____)

## MOTION TO WITHDRAW

The undersigned counsel for defendant Shirron Adams respectfully requests this Honorable Court to allow her to withdraw her appearance as counsel for the defendant, stating the following grounds in support of this motion:

1. The defendant requested counsel to withdraw for reasons relating to scheduling.

2. Successor counsel has been appointed by the court.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court to allow her to withdraw her appearance as counsel for the defendant in this matter.

Respectfully submitted,

SHIRRON ADAMS
By her Attorney,

_____
Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Ste. 708
Boston, MA 02108
(617) 728-9944