IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CRIMINAL ACTION |
| v.  : | |
| : | NO. 05-00428-RBC |
| **SHIRRON ADAMS** : | |

**MOTION FOR A EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER FOR A COMPETENCY AND PSYCHIATRIC EXAMINATION**

The United States hereby moves the Court for an additional forty-five (45) days within which to conduct a competency and psychiatric examination of the defendant.

As grounds therefor, the government states that:

1. On March 30, 2005, this Court entered an Order, pursuant to 18 U.S.C. §§4241(b), 4242(a) and 4247(b)(c), requiring an examination of the defendant for mental competency and any mental disease or defect which may give rise to a defense of insanity.

2. According to David Dwyer, Bureau of Prisons ("BOP"), on April 4, 2005, the defendant was designated to be transported to Seatac Federal Detention Center, in Washington state, to comply with the Court's Order.  However, according to the Deputy U.S. Marshal Jeffrey Bond, officials at MCI-Framingham, where the defendant has been held locally, were unable to furnish them in a timely manner with defendant's medical clearance for the absence of tuberculosis, which is required before being placed on an air transport.

3. Deputy Bond believes that the defendant will now be

transported to the appropriate BOP facility next week for the ordered examinations.

WHEREFORE, the government respectfully and abashedly requests an extension of 45 days, as specified in §4247(b) for the initial insanity examination, to effectuate the Court's Order of March 30, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                    By:   <u>/s/ S. Theodore Merritt</u>
                         S. THEODORE MERRITT
                         Assistant U.S. Attorney