## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       :

                                  :        CRIMINAL ACTION

       v.              :

                                  :        NO. 05-00428-RBC

SHIRRON ADAMS                 :


### MOTION FOR AN ORDER ON EXCLUDABLE DELAY

The United States hereby moves for an order excluding for purposes of computing the time within which any indictment or information in this case be filed and any trial must commence the time from on March 21, 2005, the date on which the government first moved for pre-trial detention of the defendant, pursuant to 18 U.S.C. § 3161(h)(1)(F), and, pursuant to 18 U.S.C. §3161(h)(1)(A)and (H), from March 23, 2005, upon the filing of the motion for a competency examination, and concluding on the date of the hearing which will be conducted before this Court under 18 U.S.C. §4247(d) for the purpose of determining the competency of the defendant, or on such subsequent date that this Court rules on the competency of the defendant.


                                Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                        By:   /s/ S. Theodore Merritt
                                S. THEODORE MERRITT
dated: May 3, 2005                Assistant U.S. Attorney