```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                                    CRIMINAL NO. 04-CR-000428
_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )
                              )
SHIRRON ADAMS                 )
_____)
```

## MOTION TO WITHDRAW

The undersigned counsel for defendant Andrew Hood respectfully requests this Honorable Court to allow her to withdraw her appearance as counsel for the defendant, stating the following grounds in support of this motion:

1. Private counsel has been retained and has entered an appearance for the defendant.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court to allow her to withdraw her appearance as counsel for the defendant in this matter.

                                                   Respectfully submitted,

                                                   ANDREW HOOD
                                                 By his Attorney,

                                               /s/ Leslie Feldman-Rumpler
                                               Leslie Feldman-Rumpler, Esq.
                                               BBO # 555792
                                               101 Tremont Street, Ste. 708
                                               Boston, MA 02108
                                               (617) 728-9944

CERTIFICATE OF SERVICE

      I, Leslie Feldman-Rumpler, hereby certify that an electronic copy of this motion has been served on all parties of interest.

| | |
|---|---|
| 3/30/05 | /s/ Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |