

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Detention Center*

---

*Office of the Warden*

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

May 23, 2005

The Honorable Robert B. Collings
United States Magistrate Judge
1 Courthouse Way
Boston, Massachusetts 02210

RE: Adams, Shirron
    Reg. No.: 25562-038
    Case No.: 2005M0428RBC

ROBERT B. COLLINGS
MAGISTRATE JUDGE

MAY 26 2005

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

Dear Judge Collings:

In accordance with your court order dated March 30, 2005, Ms. Adams has been committed to the Federal Detention Center, SeaTac, Washington, for a period of study to determine her mental competency and criminal responsibility.

In order for our staff to thoroughly evaluate Ms. Adams, we are requesting that the 45-day study commence with the arrival of the defendant on May 19, 2005. If you concur, the study period would therefore end on July 3, 2005, with the final report being submitted to you no later than July 17, 2005. If the Court has questions or comments regarding the evaluation please contact Patricia A. Hyatt, Ph.D., Forensic Unit Psychologist, at (206) 870-1016.

If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Robert J. Palmquist
Warden

cc: Ted Merritt, AUSA
    Robert Murray, Federal Public Defender



# Fax Cover Sheet

U.S. Department of Justice

Federal Bureau of Prisons
Federal Detention Center

SeaTac, Washington 98198

Patricia A. Hyatt, Ph.D.
Forensic Unit Psychologist
2425 S. 200th Street
SeaTac, Washington 98198
Phone (206) 870-1016
Fax (206) 870-1097

To: __Robert B. Collings, U.S. Magistrate Judge__

From: __Patricia A. Hyatt, Ph.D.__

Subject: __Shirron Adams__          Case no: 2005M0428RBC

Comments:_____

_____

Page __1__ Of __2__