# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

              v.            MAGISTRATE JUDGE'S DOCKET
                                  NO. 2005M0428RBC

SHIRRON ADAMS.

## PROCEDURAL ORDER

COLLINGS, U.S.M.J.

The study by the Bureau of Prisons concluded that "...there is sufficient objective evidence to indicate Ms. Adams suffers from a mental disease or defect that would substantially impair her present ability to understand the nature and consequences of the court proceedings brought against her or substantially impair her ability to assist counsel in her defense."

Accordingly, the United States Attorney is ORDERED to file and serve, *on or before the close of business on Thursday, July 28, 2005,* a pleading indicating how he wishes to proceed in this matter.

                                              /s/ *Robert B. Collings*
                                              ROBERT B. COLLINGS

July 25, 2005                   United States Magistrate Judge