FILED
CLERKS OFFICE

7/16/05

Dear Judge,

As Pro-Se Attorney I do believe that I have the right to know when I am leaving from each transfer stop including when I am going to be released.

As you know I am still here at MCI Framingham awaiting my next transfer.

During my journey and travels over to Seattle Washington for my competancy exam I have been made aware that I can only be held for 30 days unless requested by the jail for an extra 15 days. What is the case here?

I have been going through an extrained amount of inequities here and also while on my travels.

I have been constantly attacked! I have been harrassed, sexually harrassed, threatened and physically assaulted by the inmates and officers.

Not only that I have been still and still being harrassed by Washington D.C. in every shape form and fashion that I have reported before.

I have suffered from a couple of minor breakdowns that I have reported, I have also been lossing weight. Mind you I am pregnant.

I have to report to you that I have had ultrasounds here and they have been reported back wrong. It's reporting 7 months going on 8 months when I am only but 6 months.

I can't get through to anyone by phone or mail. Not even to my own apartment that I am paying for. I know that I kept my phone line open for collect calls for an emergency and now even that's being blocked.

Judge.

I really need to get out of here and get to my attorney. This situation is not safe for anyone.

People still want to believe that there is some kind of game being played. They have to come to reality that it is really over.

There was no one there for me, judge. No one! I don't owe anyone a thing! No one!

I have moved on and left the garbage and low lives behind. They have been lying to you one way or another. They only want to be seen on the bird on the wire (wire tapping) seen sexually. I am now believe to be pregnant by a man named Donnell Morris someone I found on the Chat line (401) 527-0360. We have been in conflict but that's life.

Non-the-less No one has been caring for me but me. Even my kids has gone without

All I can say Judge is that, "Alot of Mutha Fuckas Got Heart." Please excuse the language, but some of this need to be heard from me.

Please write me back soon with the correct and accurate dates of my departure for my transfer/release. I have got to get my surgery done A.S.A.P. and also prepare a good, safe housing environment for me and my kids.

I don't know what Washington D.C. was thinking but they are truly a bunch of Fruit loops crying and believing in miracles.

What is this bull shit do these grown-ass Mutha Fuckas really believe that they use me with the wiring inside of my brain?

Do they really believe that I am pregnant with theirs with the wires in my stomach?

I am not flattered nor amused.

Please send me the info that I need. Thank you.

Sincerely Yours,

Ms. SHIRRON M. ADAMS
MCI Framingham
P.O. Box 9007
Framingham, Ma. 01704