John Joseph Moakley
Courthouse
1 Courthouse Way
Boston, Ma.

FILED
...S OFFICE

2005 AUG 25 P 2:55

DISTRICT COURT
DISTRICT OF MASS

Aug. 27, 05

Dear Judge,

I am formally complaining about this current case of assault allegations against one of your judges. I have recently been experiencing a serious case of discrimination against me within your court.

I have written you and my ex-attorney Mr. Robert Murray on April 28, 2005 to notify you that I have fired my Attorney Mr. Robert Murray. I would like to know why is or was he still on my case. When I had fired him formally and in an appropriate way and manner. By written notification.

Today I had to fire him verbally over the phone. I had been representing myself all along on this case and had my name (my own name)

closed with a continuance without finding. Granted to me on March 21, 2005 by Judge Mrs. Johnson.

I had came back on March 30, 2005 and was told that I was going to be evaluated for a competency evaluation to see if I could stand trial.

What is this Judge? I was suppose to have left the court on March 21, 2005 with my innocence.

As you know I had to travel all the way to Seattle Washington for that exam.

My Doctor Mrs. Hyett proclaimed me competent

This is out right discrimination! I didn't even have a court date and I was told that I was going to be ~~brought you~~ set free in Mass. somewhere.

I got to the court house on 6/15/05 and I shipped to Framingham and was told that I was supposed to be shipped to N.Y. the same night.

What Happened? What happened to my court date

I requested after I fired Mr. Murray?
What happened to my transfer/release that I was awarded?

If I don't have to appear in court I would like to be released from here. From Worcester State Hospital after or before the 30 days.

In the meanwhile I will be notifying the MCAD emediately of your misconduct. I don't want the Aug. 30th, 2005 court date. I won as a Pro-Se attorney representing myself.

Yours truly,

[signature]

Ms. SHIRROR U. ADAMS
W.S.H.
305 Belmont St.
Worcester, Mass. 01604