John Joseph Moakley
Courthouse
1 Courthouse Way
Boston, Ma.

FILED
CLERKS OFFICE
2005 SEP -1  P 12: 56
U.S. DISTRICT COURT
DISTRICT OF MASS

8/30/05

To the presiding Judge
of my case Shirron M. Adams v. Washington D.C. and George W. Bush.

I am sending copies of the harrassment and discrimation that I have been experiencing from the Government.

There is no hallucinations, illusions or delusions of any kind or even an exaggeration.

I have also reported incidents here within the hospital of the exploitations and other violations.

I am tired! This is not a playboy show and I am not to be used for gaming purposes.

Please excuse my frankness Judge but if you are strong enough to be born you are strong enough

to afford yourself. Once again I am an acting voting Democrat and I don't even want my own and will not allow my own to use me and cause harm to me and mine.

I am still constantly attacked in my sleep and it causes all kinds of problems with my body the wires have got to go.

The entire situation of horrassment has got to go.

I don't give a rats-ass about how anyone feels there are plenty of other woman and men that you can use and exploit.

I am a woman of God "The Divine God" this horrassment is <u>not accepted</u>. Please get rid of emediately. People are becoming more and more abusive and horrassing and threatening because I am highly intelligent and beautiful "God Blessed." Please get rid of the horrassment.

Sincerely Yours

Ms. Shirron M. Adams
305 Belmont St.
Worcester, Ma. 01604