John Joseph Moakley
Courthouse
1 Courthouse Way
Boston, Ma.

FILED
CLERKS OFFICE

2005 SEP -2  A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

8/30/05

Dear Mr. Robert Collins,

   I am requesting an earlier court date before 9/12/05 to go home.

   Please send me a court date at your earliest convenience.

   I have formally fired my Robert Murray verbally over the phone on 8/23/05.

   I don't want anything more from you. I do have the D.M.H paperwork that you have requested and sent a copy to you from my social worker Mr. Alberto here at W.S.H.

   I look forward to going home to my family.

Sincerely yours,
[signature]