SCANNED DATE: 9/14/05 BY: tm

John Joseph Moakley
Courthouse
1 Courthouse Way
Boston, Ma.

ATTN: Judges Lobby & Judge Robert
Collings / Judge Mr. Lindsey / Anita Patrucco
DMM
SHIRRON M. ADAMS

vs.

Washington D.C.
White House and George W. Bush

Legal status Chapter 123   9/8/05
Section 18A

Dear Mr. Judge Robert Collings

As we know I am my own Attorney working on my case against my allegations of threat against Mr. Judge Lindsey.

I have been awarded a Transfer/ Release upon my firing of my attorney Mr. Robert Murray.

I have been representing myself from the beginning of my case.

I am here at Worcester State Hospital

under an 18A. I sent you a letter (P2) sometime last week requesting for my release. I have an Appointment at the court on 9/12/05 and as my own Attorney and from my written request I would like to be officially Freed. While here I have reported the pain and the assult and battery placed on me from MCI Framingham. I also went into a bit of pain to my right shoulder that I had to report while in Umass Memorial Hospital after giving birth to my daughter.

I need you to officially set me free on 9/12/05 I will be owed by MCI Framingham for holding me past 30 days for appoximately $5,750⁰⁰ - $5,850⁰⁰ upon my court date.

This money is critically needed to help take care of myself and family.

This end of work the transfer/Release

has been completed. The Superint- (P3)
endent of MCI Framingham and John
Joseph Moakley Court has been notified
several times of me having to be
released.

While here D.S.S. stepped in and
tried to over ride any Proxy that
was signed on 8/31/05. They
reported to me with a bogus
51A that supposed placed on me
from the hospital (Umass) of threatening
to cause harm to my daughter
my unborn daughter at the time. She
was delivered on Sun. 9/4/05 her
name is Shulice Marie Adams-Ross
They placed her in their care and custody
they had no rights to do so. D.S.S.
of Wocester.

I demanded that she be placed back
home with my family.

I specifically told the hospital that
there is a Proxy in effect and my Court

Tonya Adams/Samuels and her (P4) Husband Mr. Richard Samuels is to care for her while I take care of my court issues. Her Address and Telephone number is (617) 436-5425; 363 Quincey St. APT #2 Dorchester Ma. 02125.

Please check on my daughter and my family and make sure she is home.

Legal status Conditional Voluntary (MGL Chapter 123, Section 10)

Treatment at Worcester State Hospital is based on the bio/psychosial model of Mental illness. In this model, mental illness is viewed as having biological, psychological, and social causes. Treatment is designed to reduce each patient's symptoms and to improve the situations that make hospitalization necessary.

This falls in line with my complaint and issues with the White House and George W. Bush that I have there in court.

(p5)

IF my request for full voluntary Services is honored I will be needing all exams that are required by this hospital to give upon admissions ✱ Routine AND Preventative Treatment, Physical EXAM

I would like to be moved to another unit and have a new Treatment team. Possibly or Extended Care Adult unit for Intensive Stabilization Treatment Planning.

Before anything is put in place MCI Framingham has got to be Officially eliminated out of the picture and I will be needing some kind of Legal Services put into place.

I've already written the American Civil Rights Union, 99 Chauncey St. Boston, Ma. I am now waiting for them to come into effect.

I need the entire harassment to end for Good.

This is a Life threatening situation I have complained numerous times in and at every facility that I have been placed in!

I also know that I have Access to Legal Advocacy Organizations here Possibly the Committee for Public Counsel Services if they can possibly provide me the free Legal assistance and do an efficient JOB for such a complicated and safisticated case. I do prefer the American Civil Rights Union above all the rest.

While I am here I am excersising my patient rights.

No one is aloud in here to see me unless they are my family, attorney or advocate, Guardian or boyfriend (child's; children's father) No one else.

If I am to be here I will also be needing help with Residential upon discharge. I would be Looking for

something along the lines of (P7)
privacy like supported apartments.
I would like to get the proper
care that is needed emediately
while I am here.
If you choose to move me
closer to Boston to another DMH
I have no arguments, but I
do want the wires removed from
my body and all other harassments
to stop emediately also.
I have Human Rights and I
will not allow them to be violated
in any shape form or fashion
Please honor.

Sincerely Yours,

*[signature]*

MS. SHIRRON M. ADAMS
305 Belmont St.
Worcester, Ma. 01604
WARD 1A

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT

WORCESTER DIVISION                         PROBATE & FAMILY COURT DEPT.
                                           DOCKET NO.: 05P2518-GI1

GUARDIANSHIP OF                            NOTICE OF HEARING PURSUANT
                                           TO PROBATE COURT RULE 29B
SHIRRON ADAMS

PLEASE TAKE NOTICE that, after hearing on September 1, 2005, Judge Delise Meagher of this Court made findings and appointed Anita Palmaccio, Esquire to serve as temporary guardian of the person for Shirron Adams for a period of ninety (90) days. The notice requirements for this hearing were waived because of the ward's current medical and psychiatric condition. Because the notice requirements were waived, the undersigned is required to notify the ward and all other interested parties of the Court's decision. The undersigned also is required to notify the ward and other interested parties that, if they wish, any of them may petition the Court to vacate its decree or take any other appropriate action. Please consider this document to be such a notice.

Respectfully submitted,
DEPARTMENT OF MENTAL HEALTH
by its attorney,

Stephen Shull
DMH Central Mass. Area Legal Counsel
DMH Central Mass. Area Legal Office
305 Belmont Street
Worcester, MA 01604
(508) 368-3500
BBO # 460290

AFFIDAVIT OF NOTICE

I hereby affirm under the penalty of perjury that, pursuant to Probate Court Rule 29B, a copy of the foregoing notice was delivered in hand to the ward and that copies were mailed to the other interested parties by mailing copies to: Anita Palmaccio, Esquire, P.O. Box 648, Lancaster, MA 01523, Jacquelyn Whitcomb, 7 State Street, Worcester, MA 01609, and Robert Murray, Esquire, 225 Friend Street, Boston, MA 02114.

Respectfully submitted,

_____          _____
Date                             Stephen Shull
                                 DMH Central Mass. Area Counsel

*Noticed actioned*
*sent*
*9-3-05*

<u>Billings</u>   9/9/05

I am sending a copy of the Billing Charges here in which would probably be expected for me to pay for Worcester State Hospital.

It is a clear picture of the billing statement that would be possibly used at another DMH services.

I am clearly in need of my settlement assets to be released through the courts.

I have Bills to pay and it is also a matter of Basic Human rights.

I have children and myself to support.

I will Be using Family Services of Greater Fall River still as my rep. Payee.

9/9/05

I have Bills there that still need to be paid.

I have a family just as you do and I do my best to help support and support indefenately, my own children.

I have sent a letter to my ex-Attorney Mr. Douglas Lovenburge requesting that he sends my letter of appeals to the proper address because that information is not provided here.

I spoke with him to let him know that I sent it out to him.

I am currently waiting on my answer from the courts and I am expecting a court date.

This case is pertained to The Common Wealth of Mass. Dorch. Dist. Court for assault and Battery.

9/9/05

Mr. Jovenburg of BomBardo and Jovenburge Assoc. had recieved a dismissal by the Courts & written a letter for a motion to Appeal.

I also written my Guardian here for DMH services that was appointed to me by the courts to assist me with my Legal actions and to check in on my case.

I am Looking to hear from her soon.

Sincerely Yours

Ms. SHIRRON M. Adams
305 Belmont St.
Worcester, Ma. 01604
WARD 14

## 12. NOTICE OF CHARGES - Worcester State Hospital
### For Fiscal Year 2005 (July 2004 to June 2005)
### This notice is required to be given to you at admission.

In accordance with 104 CMR 30.04, the Department of Mental Health (DMH) is authorized to charge for the care, treatment and other services provided to any individual who receives services provided by a DMH-operated facility or a DMH-operated or contracted program, whenever any such care, treatment or other service has a charge associated with it.

You are receiving (or will receive) care, treatment or other services from the facility or program named above. This facility or program has established the following charges for the care, treatment and other services it provides:

| SERVICE | BILLING UNIT | CHARGE |
|---|---|---|
| Primary Acuity (4D,1A, 3A/D) | Bed Day | $619.00 |
| Secondary Acuity (2A, 2D, 4A, 5B, 6A, Cott.4 ) | Bed Day | $535.00 |
| Transitional Acuity (Cottage 3) | Bed Day | $493.00 |
| Laboratory | Procedure | $ Cost |
| Radiology | Procedure | $ Cost |
| EKG/EEG | Procedure | $ Cost |
| Occupational Therapy | 10 minute | $34.00 |
| Psychology | 10 minute | $19.00 |
| Speech | 10 minute | $45.00 |
| Physical Therapy | 10 minute | $68.00 |
| Professional Service – Physicians | Procedure | $157.00 |
| Professional Service – Clinical Psychology | Procedure | $157.00 |
| Professional Service – Nurse Practitioner | Procedure | $157.00 |

You, and any other person(s) financially responsible for your care, if any, have the right to receive a copy of the DMH "Charges for Care" Policy 98-1, which governs and explains charges and adjusted charges for services received. You also have the following rights regarding payment for those services:

1. The right to have the charge adjusted based on your personal circumstances (or the circumstances of another financially responsible person(s), if any). The Department representative listed at the end of this form will contact you and, if applicable, the other financially responsible person, to collect information necessary to determine what adjustments should be made, if any, to the approved charges.

2. The right to review the financial information about you that was used to determine the adjusted charge and to receive an explanation of how the adjustment was determined. You may submit additional financial information, if you wish, or challenge the accuracy of the financial information the Department used in making its determinations and request a redetermination of your adjusted charge.

3. The right to request a redetermination of the amount of the adjusted charge due to changes in your financial circumstances.

4. The right to pay on a budget plan.

5. The right to appeal the amount of the adjusted charge to the Chief Operating Officer or Area Director or designee, within 21 days of being notified of the amount due. The right to be assisted by a person of your choice during the appeal process.

6. If you choose to appeal, your appeal will be heard by the Chief Operating Officer or Area Director or designee, in accordance with the procedures for such appeals that are set out in the Department's regulations 104 CMR 30.04 (10).

Monday, October 04, 2004                                                                                                      33

## Your Treatment Team

1. You Are On Ward: <u>1A</u>
2. Your Psychiatrist is: <u>Tina L. USignolo</u>
3. Your Physician is: <u>Amy Pinkham + Dr. Bazemore</u>
4. Your Social Worker is: <u>ALBERTO</u>
5. Your Team Nurses are:
   Morning Shift (7am-3pm) <u>Debbie N. - Carol K - Dawn H.</u>
   Evening Shift (3pm-11pm) <u>Betty G. - Kathy K</u>
   Overnight Shift (11pm –7am) <u>Robin R.</u>
6. The Rehabilitation Staff are: <u>Rajoo</u>

7. Your Psychologist is: <u>Les M.</u>
8. YourTeam Mental Health Workers are:
   Morning Shift (7am-3pm) <u>Winston, Jose, James, John, Kris</u>
   Evening Shift (3pm-11pm) <u>Nell - Matt - Gladys - Does</u>
   Overnight Shift (11pm –7am)
9. Other Staff: <u>John - Sam - Winifred - David</u>

10. Worcester State Hospital telephone number: (508) 368-3300
11. Pay Phone Number: (508) <u>798-9333 - 508-799-6820</u>
12. Ward Phone Number at Nursing Station: (508) <u>368-3481</u>

## Human Rights and Patient Advocacy Offices

| Human Rights Officer: | Kevin Howley ext. 83444    Room 1D7 |
|---|---|
| M-Power Office | 1-877- 769-7693 |

| Special Assistant for Human Rights | 25 Staniford St. Boston, MA | 617-626-8107 |
|---|---|---|
| Office of Client and Ex-Patient Relations | 25 Staniford St. Boston, MA | 617-626-8065 |
| Center for Public Representation | 246 Walnut St. Newton, MA | 617-965-0776 |
| Mental Health Legal Advisors Committee 294 Washington St. Suite 320  Boston, MA | | |
| | 617-338-2345 or 1-800-342-9092 | |
| Disability Law Center | 11 Beacon St. Suite 925  Boston, MA | |
| | 617-723-8455 or 1-800-872-9992 | |
| Legal Assistance Corporation of Central Mass. | 508-752-3718  x3037 | |
| Worcester State Hospital Legal Advocate | Christine Griffin    1-800-872-9992 | |

October 4, 2004                                          4

## GUARDIAN – STANDBY AND EMERGENCY PROXY

In accordance with M.G.L. Ch. 201, sec. 2G, I __Shicron Adams__ and I, _____
__100 Green St, Fall River, MA 02720__ do hereby appoint __Tonya Adams__ of
__363 Quincy St, Dorchester, MA 02125__ Guardian – Standby and Emergency Proxy for my/our unborn child. This Guardian – Standby and Emergency Proxy shall become effective upon his or her birth.

EFFECTIVE DATE: (fill in date of birth) _____

By executing this document, I/we understand that __Tonya Adams__ shall have, with me/us, concurrent authority to act as guardian for my/our child for a period of sixty (60) consecutive days from the date as written above.

~~I certify that there is no other living parent whose parental rights have not been terminated, whose whereabouts are known and who is willing/able to make and carry out day to day childcare decisions.~~

Signature: _[signed]_  Date: __8/31/05__
(parent)

and/or

Signature: _____  Date: _____
(parent)

Witness Statement: We, the undersigned, each witnessed the signing of this Guardian – Standby and Emergency Proxy by the Parent(s), or at the direction of the Parent(s), of the minor who is the subject of this instrument. We are each eighteen (18) years of age or older.

**Witness #1**
Signature: _[signed]_ LICSW  Date: __8/31/05__
Name (print): __Adalberto Oliver Vega  (IA)__
Address: __305 Belmont St__
__Worcester, MA 01604__

**Witness #2**
Signature: _Beth Gladden, RN_  Date: __8/31/05__
Name (print): __Beth Gladden__
Address: __c/o WSH-IA  305 Belmont St__
__Worcester, MA 01604__

Proxy Statement: I, the undersigned, hereby accept the appointment as Guardian – Standby and Emergency Proxy for the minor who is the subject of this instrument.

Signature: _____  Date: _____
(Proxy)

**Acknowledgment of Receipt**

I, _____, Guardian-Standby and Emergency Proxy, acknowledge receipt from UMass Memorial Medical Center of _____. Date of Birth: _____
(name of the minor who is subject of this instrument)

Signature: _____  Date: _____
(Proxy)

Signature: _____  Date: _____

Updated 8/10/01

9/9/05

<u>Personal Request</u>

Due to the harassment and vicious targeting I am requesting in writing that my family immediate Family that I have mentioned on and In my will that is held by Family Services of Greater Fall River is that the Jails and Prisons stay away from me and my family.

If any serious crimes are committed please admit to DMH services.

Too many lies and Conspiracies.

Written in request for our safety

Sincerely Yours,

[signature]

Ms. Allyson M. Adams
305 Belmont St.
Worcester, Ma. 01604
Ward 1A

Commonwealth of Massachusetts
Department of Mental Health

**APPLICATION FOR ADULT CONTINUING CARE SERVICES** (Jun 20, 2003)

**SECTION 1: PERSONAL INFORMATION** – completed by the applicant, his or her legal guardian, or someone assisting the applicant

1. Name  Adams (Last)   Shirron (First)   M. (Mi)   2. SSN 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 (Social Security Number)
3. Address 16 (Number and Street) Slayton Way   (Apt No)   Roxbury (City)   MA (State)   02119 (Zip Code)
4. Telephone (617) 445-5602 message   day   ( )   evening
5. Birth Date 05/17/74 (MM/DD/YY)   6. Age 31 (In Years)   7. Gender F  M/F   8. Race/Ethnicity African-American
9. Does applicant speak English? ☒ Yes ☐ No ☐ Limited   10. Preferred Language/Dialect English
11. Literate in English? ☒ Yes ☐ No ☐ Limited
11a. Literacy in the applicant's native language? ☒ Yes ☐ No ☐ Limited
12. Citizenship US   13. Country of origin US   14. Length of stay in U.S. 31 yrs
15. Religion Christian
16. Does applicant have a court appointed legal guardian?   ☐ Yes ☒ No
17. Name of legal guardian _____ (Last) _____ (First)   Relationship _____ (to Applicant)
18. Telephone ( ) _____ day   ( ) _____ evening
19. Emergency contact person _____ (Last) _____ (First)   20. Telephone ( ) _____

21. **HEALTH INSURANCE**   a) ☒ No health insurance   b) ☐ No mental health benefit
c) ☐ Application for Health Insurance Pending
d) ☐ Medicare   e) ☐ Medicare/Medicaid
f) ☐ Medicaid/MassHealth  Card #: _____   g) RID #: _____
MassHealth Provider
h) ☐ HMO _____ (Name of HMO)   i) ☐ Primary Care Clinician Program (PCC) j) ☐ Other _____
k) ☐ Private insurance   l) Name of Insurance: _____   m) Policy #: _____
n) Name of Policy Holder: _____

22. **SOURCE OF INCOME**
a) ☐ Employment   b) ☐ SSDI   c) ☐ SSI   d) ☐ EAEDC   e) ☐ Social Security   f) ☐ Family
g) ☒ Other sources  If other, explain: Frozen by Federal Gov't.   h) Estimated Personal Monthly Income: 0

Applicant Name: _____

2   DMH Adult Eligibility Application   June 20, 2003

Applicant Name: _____

## AUTHORIZATION FOR DMH ELIGIBILITY DETERMINATION

- I request that the Department of Mental Health (DMH) conduct a determination of eligibility for continuing care services. I have attached signed release of information forms to this application if necessary. I understand that DMH will collect and review medical records as part of the determination of eligibility. I understand that my name and information about me will be included in a DMH record keeping system.
- DMH may, at its discretion, request a personal interview with me or a clinical evaluation in circumstances where the available clinical records are not sufficient to make a determination of eligibility.
- In addition, I will be required to disclose information about my income and insurance and may be charged for services according to my ability to pay.
- I also understand that I may appeal the decision of DMH in determining whether or not I am eligible for DMH continuing care services.
- I received a copy of the DMH Notice of Privacy Practices (appended to this application)

_[signature]_ / Shirrin Adms / 8/25/05
Signature of applicant or legal guardian of the person / Applicant Name (Print) / Date signed

### PERSON ASSISTING APPLICANT
This section to be completed by provider or other person assisting applicant with the application.

Name: Rivera-Vega (last) Adalberto (first)   Relationship: Social Worker (relationship to applicant)

Address: 305 (number and street) Belmont St. 1A (apt no) Worcester (city) MA (state) 01604 (zip code)

Telephone: (508) 368 3486 (day time)   ( ) _____ (evening)

### PROGRAM OR FACILITY SUBMITTING APPLICATION ON BEHALF OF APPLICANT
This section to be completed by program or facility submitting application on behalf of applicant

_____   _____
Name of Program or Facility   Name of Applicant

☐ The applicant was informed on _____ that an application was being filed on his/her behalf and he/she did not object
☐ The applicant is incapable and a petition for guardianship was filed in the appropriate court (copy of petition is attached)

_____   _____
Your Name (please print)   Your Signature and Title

### TO SUBMIT RELEASE OF MEDICAL INFORMATION FORMS
As part of the determination of eligibility, the Department of Mental Health will review records of all mental health care provided to the applicant during the past 24 months.
1. Please submit one signed *Authorization for Release of Information* form for each provider of mental health care during the past 24 months. If mental health care was provided through a clinic, please identify a primary provider of care at that clinic.
2. In addition, please submit an *Authorization for Release of Information* form for any other clinical information the applicant would like to have considered as part of the determination of eligibility.
3. Please double check the accuracy of the provider's name, address, and phone number on each release form. Please make a phone call if necessary to verify information on the *Authorization for Release of Information* form. Correct names and addresses expedite the eligibility review process.
4. Please submit signed *Authorization for Release of Information* forms along with the application, if possible.

How many *Authorization for Release of Information* forms are being submitted with this application? ☐ 6

The Department will also review any medical records that the applicant or those assisting the applicant may have in their possession and wish to submit for consideration.
1. Please complete and sign an *Authorization for Release of Information* form for each medical record that is attached to this application in case DMH staff need to clarify information contained in the report.
2. Copies of medical reports cannot be returned so please do not send original copies.

How many copies of medical reports are attached to this application? ☐

.7   DMH Adult Eligibility Application   June 20, 2003

*Commonwealth of Massachusetts*
*Department of Mental Health*

**APPLICATION FOR ADULT CONTINUING CARE SERVICES**   (June 20, 2003)

**INSTRUCTIONS:**
This form is for applicants **19 years of age or older**.

The applicant, his or her legal guardian, or someone assisting the applicant, should complete
→**SECTION 1**.

A treating clinician or other person with knowledge of the applicant's history should complete
→**SECTION 2** of the application and the
→**CLINICAL ASSESSMENT OF RISK, BEHAVIOR AND REHABILITATION NEEDS OF ADULTS**.

These sections and the signed
→**AUTHORIZATION FOR DMH ELIGIBILITY DETERMINATION** must be returned to the Department of Mental Health Eligibility Unit serving the applicant's area of the state.

## DMH Eligibility Units:

Western Massachusetts Area Eligibility Determination Unit
P.O. Box 389, Northampton, MA 01061-0389
Phone: (413) 587-6200   Fax: (413) 587-6205

Central Massachusetts Area Eligibility Determination Unit
305 Belmont Street, Worcester, MA 01604
Phone: (508) 368-3838   Fax: (508) 363-1500

Metro Suburban Area Eligibility Determination Unit
P.O. Box 288 – Lyman Street, Westboro, MA 01581
Phone: (508) 616-2186   Fax (508) 616-3599

North East Area Eligibility Determination Unit
P.O. Box 387, Tewksbury, MA 01876-0387
Phone: (978) 863-5000   Fax (978) 863-5091

Metro Boston Area Eligibility Determination Unit
85 East Newton Street, Boston, MA 02118
Phone: (617) 626-9217   Fax: (617) 626-9216

Southeastern Area Eligibility Determination Unit
165 Quincy Street, Brockton, MA 02302
Phone: (508) 897-2000   Fax (508) 897-2024

**DMH Information and Referral service: 1-800-221-0053** (regular business hours only)

**DMH web site: www.state.ma.us/dmh**

9/9/05

P.S.
While in hospital I will be needing my tubes tied the paperwork is already in effect from Umass Memorial here in Worcester.

Sincerely yours,

*[signature]*

Ms. Shirron M. Adams
305 Belmont St.
Worcester, Ma 01604
Ward 1A