To Judge
From: M. Eileen Adams

Dear Judge Collings,

MJ # 2005 M-0428

As you know I am still waiting to be to as of on my Transfer/Release that was granted to me by you on March 30, 2005 upon an evaluation by my Licensed Doctor Mrs. Patricia Hyatt at Seatac Seattle Washington.

On 6/15/05 when I arrived back in Boston I was told by two of your officers who transferred me to MCI Framingham that I was going to be released in N.Y. at N.Y. detainee center.

I was never picked up and transported to N.Y. I am now looking for my money that is owed to me under wrongful confinement.

I am still a Federal Detainee and I am still a transfer client. That piece of legal fact has not changed and can't be changed.

I won my case on March 21, 2005 with a continuance without a finding and I abided by what the courts have requested of me with the terms and conditions. You requested an exam and told me I would be released (in Transfer/Release).

Under Section (b) Psychiatric or psychological examination of person and soundness. Part 3 of the information (Legal) that was sent to me from Mrs. Hyatt clearly shows that I did not request as the defendant in the

I did not request to be seen by ~~a~~ psychiatric psychologist.
And it clearly states "Unless impracticable, the psychiatric psychological examination shall be conducted in a suitable facility closest to the court. The director of the ~~court~~ facility may apply for a reasonable extension, but not to exceed 15 days under section 4241, 4244 or 4245 and not to exceed thirty days under section 4242, 4243 or 4246, upon a showing of good cause that the additional time is ~~necessary~~ to observe and evaluate the defendant."

It clearly seems to me that you are trying to retrial me on the same case in which we both know is illegal and against the law. I've already had my court date on March 24, 2005 and agreed to abide by the request of the court of having the examination done.

As of 6/15/2005 the 30 days examination along with my Transfer/Release was truely and officially completed and done.

There is no court date agreed upon or even placed in the system for anything.

Please release me emediately with all of the money owed to me from 6/15/2005.

My Doctor Mrs. Hyatt didn't lie. She told me that I would be released somewhere in Mass.

Why haven't I been released. I am not agreeing to anything further that has to do with the case and that is including extending any time for anything such as for an examination.

It looks as if you have been not abiding by the law. Please release me emediately. I've done nothing wrong. Please have me released on Mon. Oct 10, 2005 to go home.

Sincerely,

My requested release date 10/10/2005