SHIRRON M. Adams

v.

White House and George Bush

FILED
'S OFFICE
2005 NOV -8 P 1:40

11/3/05

## Motion For An Attorney

Please accept my motion for a public Federal defender.

I am poor I do not have any money for an attorney to persue my case.

I am in serious pain and suffering from my head to my stomach.

I am suffering from a number of problems such as high blood pressure, high pulse rates, pain in my chest and nervousness from the violations of the illegal wiring in my body. This issue is extremely serious. I don't understand why I was not given an attorney emidiately when I filed my case

Please grant me an attorney to assist me. I want to get a full exam including MRI's, x-rays and ultrasound whatever is necessary. My Social Worker says there's no way of finding the wires. I need this. Is what she said true?

Sincerely yours

[signature]

Ms. SHIRER M Adams
Taunton State Hospital
P.O. Box 4007
Taunton Ma 02780

P.S.
No one is above the law
No one should be treated the way I have been treated. It is illegal and criminal. Please provide me with the assistance I requested for.
Thank you