IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **NO. 05-00428-RBC** |
| **SHIRRON ADAMS** | : | |

## DISMISSAL OF COMPLAINT

Pursuant to Rule 48(a), Fed. R. Crim. P., the United States hereby respectfully requests leave of court to dismiss the complaint in the above-captioned case for reasons related to the defendant's mental competency to stand trial and her mental disease and defect at the time of the offense. As such, it is no longer in the interests of justice to continue the prosecution of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: January 4, 2006        /s/ *Michael J. Sullivan*

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.